Milton Weil, Respondent, v. G. Dexter Richardson, Appellant.— Order modified by denying motion to strike out 34th paragraph of amended answer, and by striking out the provision of the order requiring defendant to serve an amended answer, and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Corby Commission Company, Appellant, v. John Gilliam, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Blankfort, Respondent, v. Benjamin Fechter, Appellant.— Order reversed and motion granted upon condition that defendant within ten days pay a trial fee and give an undertaking in the sum of $2,000 to pay any judgment that may be obtained; the cause to be restored to the short cause calendar. No opinion. Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nicholas Gregorio & Company, Respondent, v. Malcke Building Corporation, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John J. O'Neill, Respondent, v. Leopold Melchner, Appellant.— Order modified by requiring plaintiff to pay all costs of the action to date, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin and Scott, JJ., dissented.

Arthur M. Werner, Appellant, v. Giulia Morosini Werner, Respondent. (No. 2.)— Order modified by requiring plaintiff to serve a bill of particulars as required by order of Special Term entered August 6, 1914, and striking out the provision to preclude plaintiff from giving evidence, and as so modified affirmed, with ten dollars costs and disbursements to respondent, No opinion. Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Martha V. Flynn, Appellant, v. Timothy A. Flynn, Respondent.— Order affirmed, without costs, without prejudice to application by plaintiff to compel, upon proper demand, the payment of the alimony unpaid since July 1, 1914. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Anthony McQuade, Respondent, for a Writ of Mandamus against James M. Morrow and Others, the Examining Board of Plumbers of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bernhard Schnitzler and Another, Doing Business under the Trade Name of Schnitzler & Co., Respondents, v. Henry Waldes and Others, Copartners, etc., Appellants.— Order reversed on defendants' filing a stipulation, as specified in fifth point of appellants' brief, within five days after announcement of this decision. If such stipulation be not filed within the time specified, then the order appealed from is affirmed, with ten dollars costs and disbursements. No opinion. Order to be settled on